# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

    Plaintiff,

v.

IBLIS, et al.,

    Defendants.

Case No. 17-cv-02995-HSG (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $400.00. The IFP applications are incomplete because plaintiff failed to file a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain the documents listed above or full payment for the filing fee. Plaintiff's IFP applications (Docket No. 2, 4) are DENIED without prejudice. The Clerk shall terminate Docket Nos. 2 and 4 and close the file.

**IT IS SO ORDERED.**

Dated: 7/6/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge