UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON, | Case No. 17-cv-02995-HSG (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| IBLIS, et al., | |
| Defendants. | |

As set forth in the Order of Dismissal, this action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 6, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge